Petition for Writ of Habeas Corpus Denied and Memorandum Opinion filed
January 31, 2008








 

Petition
for Writ of Habeas Corpus Denied and Memorandum Opinion filed January 31, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00016-CV

____________

 

IN RE WILLIAM E. MCCORMICK, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF HABEAS
CORPUS

 



 

M E M O R
A N D U M  O P I N I O N

On January 10, 2008, relator, William E. McCormick, filed a petition
for writ of habeas corpus seeking release from jail and reduction of his bond. 
See Tex. Gov=t Code Ann. ' 22.221(d) (Vernon 2004); Tex. R. App. P. 52.  Relator
asserts the writ of attachment is void because he was not personally served
with citation on the motion to enforce judgment. 








A
relator is not entitled to discharge in a habeas corpus proceeding unless the
judgment ordering him confined is void because it exceeded the court=s power or because it deprived the
relator of his liberty without due process of law.  In re Sheard, 102
S.W.3d 808, 810 (Tex. App.CBeaumont 2003, orig. proceeding).  In a habeas corpus
proceeding, a relator bears the burden of showing his entitlement to relief.  Ex
parte Occhipenti, 796 S.W.2d 805, 808 (Tex. App.CHouston [1st Dist.] 1990, orig.
proceeding).  Relator has not sustained his burden and shown that he is
entitled to relief.  

Accordingly,
we deny relator=s petition for writ of habeas corpus.  Relator=s motion for expedited ruling is
further denied as moot.  

PER
CURIAM

Petition Denied and Memorandum Opinion filed January
31, 2008.

Panel consists of Justices Fowler, Frost, and Seymore.